# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Ruth Gouse<br>    aka Ruth Ann Gouse<br>    aka Ruth A. Gouse<br><br>              **Debtor** | BK NO. 19-00761 RNO<br><br>Chapter 13 |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

    Kindly enter my appearance on behalf of Flagstar Bank as servicer for Pingora Loan Servicing, LLC and index same on the master mailing list.

                                                                              Respectfully submitted,

                                                           **/s/ James C. Warmbrodt, Esquire**
                                                           James C. Warmbrodt, Esquire
                                                           KML Law Group, P.C.
                                                           BNY Mellon Independence Center
                                                           701 Market Street, Suite 5000
                                                           Philadelphia, PA  19106
                                                           215-627-1322