Certificate Number: 03088-PAM-DE-032412945

Bankruptcy Case Number: 19-00761


03088-PAM-DE-032412945

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>March 8, 2019</u>, at <u>4:36</u> o'clock <u>PM CST</u>, <u>Ruth A Gouse</u> completed a course on personal financial management given <u>by telephone</u> by <u>Debt Education and Certification Foundation</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Middle District of Pennsylvania</u>.

Date: <u>March 8, 2019</u>　　　　By:　<u>/s/Jason M Tepper</u>

　　　　　　　　　　　　　　　Name: <u>Jason M Tepper</u>

　　　　　　　　　　　　　　　Title: <u>Counselor</u>