In re:                                                                Case No. 19-00761-RNO
Ruth Gouse                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0314-5          User: TWilson          Page 1 of 1          Date Rcvd: Apr 10, 2019
                             Form ID: ntcnfhrg       Total Noticed: 12

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 12, 2019.
db            Ruth Gouse,   PO Box 201,   Marshalls Creek, PA  18335-0201
5165788       ++BANK OF AMERICA,   PO BOX 982238,   EL PASO TX 79998-2238
              (address filed with court:  AAA FINANCIAL SERVICES,    PO BOX 982235,   EL PASO, TX 79998-2235)
5165789       +CLIENT SERVICES INC,   3451 HARRY S TRUMAN BLVD,   SAINT CHARLES, MO 63301-9816
5165791       +JOHN EVANDISH DDS,   HORIZON DENTAL CARE,   1306 NORTH 5TH STREET,   STROUDSBURG, PA 18360-2602
5165793       +PAYPAL CREDIT,   PO BOX 5138,   TIMONIUM, MD 21094-5138
5165794       PHH MORTGAGE,   MORTGAGE SERVICE CENTER,   PO BOX 5452,   MOUNT LAUREL, NJ 08054-5452

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 10 2019 19:46:50
              PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
5165790       E-mail/Text: cashiering-administrationservices@flagstar.com Apr 10 2019 19:24:50
              FLAGSTAR BANK FSB,   MAIL STOP E115-3,   5151 CORPORATE DRIVE,   TROY, MI 48098-2639
5165792       E-mail/Text: bncnotices@becket-lee.com Apr 10 2019 19:24:22   KOHLS/CAPITAL ONE,
              PO BOX 3115,   MILWAUKEE, WI 53201-3115
5165795       E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2019 19:21:40   SYNCHRONY BANK,
              ATTN BANKRUPTCY DEPT,   PO BOX 965060,   ORLANDO, FL 32896-5061
5165796       E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2019 19:21:25   SYNCHRONY BANK,
              ATTN BANKRUPTCY DEPT,   PO BOX 965061,   ORLANDO, FL 32896-5061
5166905       +E-mail/PDF: gecsedi@recoverycorp.com Apr 10 2019 19:21:40   Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 10, 2019 at the address(es) listed below:
              Charles J DeHart, III (Trustee)   TWecf@pamd13trustee.com
              James Warmbrodt   on behalf of Creditor   Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              United States Trustee   ustpregion03.ha.ecf@usdoj.gov
              Vincent  Rubino   on behalf of Debtor 1 Ruth  Gouse
              lhochmuth@newmanwilliams.com;mdaniels@newmanwilliams.com;bsmale@newmanwilliams.com;lbeaton@newman
              williams.com;EAP-VR@outlook.com;rkidwell@newmanwilliams.com
                                                                              TOTAL: 4

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Ruth Gouse,
aka Ruth Ann Gouse, aka Ruth A. Gouse,

**Debtor 1**

Chapter 13

Case No. 5:19−bk−00761−RNO

## Notice

The confirmation hearing has been scheduled for Debtor 1 on the date indicated below.

A deadline of **May 15, 2019** has been set for objections to confirmation of the Plan. Any objections to confirmation of the Plan will be heard at this hearing. Counsel should be prepared to proceed with said hearing on any unresolved objections to the plan at this time.

| United States Bankruptcy Court Courtroom #2, Max Rosenn US Courthouse, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: May 22, 2019<br><br>Time: 09:30 AM |
| --- | --- |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing telephonically shall be made in accordance with L.B.R. 9074−1(a).

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Terrence S. Miller<br>Clerk of the Bankruptcy Court:<br>By: TWilson, Deputy Clerk |
| --- | --- |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: April 10, 2019 |

ntcnfhrg (03/18)